RECEIVED
JUN - 7 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Confesha Lavonda DAVIS )
)
)
)
)
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
)
    - vs - )
John Coharan and )  Case No. _____
Medical Physican )     (To be assigned by Clerk
 ) of District Court)
 )
 )
 )
 )
 )
 )
 )
(Enter above the full name of ALL Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

## COMPLAINT

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

II.   Plaintiff, __Coryesha DAVIS__ resides at
__5455 Helen AVE, ST. Louis, ST. Louis__
street address        city        county

__Missouri, 63136__, __314-327-0894__
state    zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III.  Defendant, __John Coharan and medical Physican__ lives at, or its business is located at

_____, _____, _____,
street address        city        county

_____, _____.
state    zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV.  Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

The John Cohran VA Medical Center failed to treat me the proper way when I told everything that was wrong with me to my Primer Mental helf physican. The Physican did not assit with give me farth help, ~~which he did not he did~~ like try to give me x-Rays of my pain area ~~get that he try was~~ or anything that can help see what is cause pain to me. All he suggest what up my dose on my medicanication which I beleve were caue me more pain. Also ~~the the~~ hhe did provide another phuiscan to After the fact my body was healing.

3

V.  Relief: State briefly and exactly what you want the Court to do for you.

VI. **MONEY DAMAGES:**

    A)  Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

    YES [X]   NO [ ]

    B)  If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

All they can give to me

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

    YES [X]   NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  7  day of  JUNE , 2016

_Coyesha Du___
Signature of Plaintiff(s)

4