RECEIVED

JUL 21 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### Eastern DIVISION

FILED

JUL 21 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Coryesha Davis )
)
_____ )
)
_____ )
)
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
- vs - )
John Cochran )
Veterans Administra- ) Case No. 4:16 cv 819 JMB
tion Medical ) (To be assigned by Clerk
_____ ) of District Court)
)
_____ )
)
_____ )
(Enter above the full name of ALL Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

**Amended** **COMPLAINT**

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

II.  Plaintiff, **Coryesha DAVIS** resides at
**5455 Helen AVE, ST. Louis, ST. Louis**
street address / city / county
**Missouri, 63136**, **314-327-0894**
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, **John Cohara** lives at, or its business is located at **and medical physican**

_____, _____, _____,
street address / city / county

_____, _____.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

The John Cohran VA Medical Center failed to treat ME the proper way when I told everything that was wrong with me to my Primer Mental helf physican, The Physican did not assit with give me farth help, ~~which he did not he did~~ Like try to give me X-Rays of my pain area ~~get that he try was~~ Or anything that can help see what is cause pain to me. All he suggest what up my dose on my medicanication which I beleve were cause me more pain. Also ~~the there~~ There did provide another phuiscan to After the fact my body was healing. After seruwl attempt ot try different medicans, which I believe Has cause a more of a brane malfucation (confusion) And pain And scares ~~to~~ and my legs And thighs such as ~~...~~ pletrical shocks to my

IV.    Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

John Cochran and the medical (hospital) Physician Still haven't Doctor Ransit Ram seek treat for me. I have been Report my Pain and scare promblee to the from February 25, 2016 to June 30, 2016 - At this point my body started the healing process on it on after try to stop take medicans.

3

V.   Relief: State briefly and exactly what you want the Court to do for you.

VI.   **MONEY DAMAGES:**

   A)   Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

   YES [X]     NO [ ]

   B)   If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

   All they can give to me

VII.   Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

   YES [X]     NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7 day of JUNE, 2016

_____
Signature of Plaintiff(s)

4