UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORYESHA LAVONDA DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-819 JMB |
| UNITED STATES OF AMERICA, | ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's amended complaint under 28 U.S.C. § 1915(e). Plaintiff alleges that her psychiatrist at the VA St. Louis Health Care System, John Cochran Division, mistreated her illness and caused her pain. Although plaintiff has not stated a basis for this Court's jurisdiction, the allegations sound in negligence, and the Court will construe this action to be brought under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-80. While the allegations are somewhat vague and unclear, the Court gives them the benefit of a liberal construction. As a result, the Court will order the Clerk to serve process on the amended complaint.

Additionally, the correct defendant in this action is the United States. *See* 28 U.S.C. § 1346(b). So, the Court will order the Clerk to update the docket accordingly.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to serve process on the United States.

**IT IS FURTHER ORDERED** that the Clerk is directed to name the United States as the sole defendant in this action.

Dated this 25th day of July, 2016

/s/ ***John M. Bodenhausen***
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE